# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of      :  No. 172 DB 2016  (No. 2 RST 2017)
           :
           :
LINDA SUE FICHT     :  Attorney Registration No.  94991
           :
PETITION FOR REINSTATEMENT :
 FROM INACTIVE STATUS   :  (Columbia County)

## O R D E R

**PER CURIAM**

 **AND NOW**, this 13th day of January, 2017, the Report and Recommendation of Disciplinary Board Member dated January 3, 2017, is approved and it is ORDERED that Linda Sue Ficht, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.